# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

JAN 0 5 2016

Christopher Croom                    ,    )
)
              Plaintiff    )
)
              vs.    )
)
Sheriff - David Clague    )
Administrator - Louis Glossip    )
Chief - Brad Abernathy    )
_____    )
_____    )
_____    )
_____    )
_____ ,    )
)
              Defendant(s)    )

Case No. _____
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Christopher Croom

Prison Identification Number: 31348

Current address: 152 S. Kellogg St.
Galesburg, IL. 61401

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: David Clague

Current Job Title: Knox County Sheriff

Current Work Address 152 S. Kellogg St.
Galesburg, IL. 61401

Defendant #2:

Full Name: Louis Glossip

Current Job Title: Jail Administrator

Current Work Address 152 S. Kellogg St
Galesburg, IL. 61401

Defendant #3:

Full Name: Brad Abernathy

2

Current Job Title: Chief of operations

Current Work Address 152 S. Kellogg St.

Galesburg, IL. 61401

Defendant #4:

Full Name: Dr. Williams

Current Job Title: Medical Doctor

Current Work Address 152 S. Kellogg St.

Galesburg, IL. 61401

Defendant #5:

Full Name: Nurse Amy

Current Job Title: Nurse

Current Work Address 152 S. Kellogg St

Galesburg, IL. 61401

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?　　Yes ☑　　　　No ☐

If yes, please describe I resubmitted Case # 15-CV-4116 in early Oct. 2015

and Particulars of the medical aspect of this situation are in Case # 15-CV-4116

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑　　　　No ☐

3

C. If your answer to B is yes, how many? ___1___ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
     *Christopher Croom vs. David Clague, et. al., in Rock Island, IL. # 15-CV-4116*

   2. Basic claim made *Violations of Fifth Amend. and fourteenth Amend.*

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) ___*Still Pending*___

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☑   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed? Yes ☑ No ☐

4

# V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Knox County Jail___

Date(s) of the occurrence ___Feb. 2015 - Dec. 2015___

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

My Fed. Due process rights are being violated and I'm being discriminated against along with Deliberate Indifference to my Medical Needs ① Knox County does not afford its inmates Substantive or Proceedural Due Process rights in regards to disciplinary actions or re-Classification to Max. Security, and the taking away of Privileges for more than 24 hours. There is no hearings done here for anything I've been on 6 different 72 hour lockdowns without a hearing, advance written notice of a hearing or right to plead my side of the situation or present witnesses at a hearing, or written statement of conclusions by hearing officer. These are 24 hours a day, 72 hours straight without a shower. Attached Grievances #1-1 Show these violations and that Administrator Glossip believes "I don't have a right to a hearing". A court order for my disciplinary reports are the only way to retrieve the exact dates, as in a fight I was involved in, because an inmate broke the water sprinkler, all my Papers that were on the floor were destroyed when my cell flooded. Grievance Attached Shows he will not provide me with Copies. These were 6 lockdowns for 72 hours for 4 fights, 1 attempt manufacture of a weapon, and 1 throwing water and kicking door and threatening a Sgt. 18 days worth of illegal isolation of a pre-trial detainee. all since Feb. 2015 and on the last mentioned incident, I was lied on by staff member officer Winn and Grieved it saying he lied on me and I never threatend Sgt Messmore, and Administrator says "I can't Grieve

5

lockups. Attached Grievance [and document ↓] # 1-2. No hearing for any of these incidents in violation of Procedural due Process requirements. And at the time all of them were committed there was no rulebook at all, So Punishment for non-existent rules violates substantive due Process. Rulebook wasn't Posted until 12-10-15.

On 9-21-15 I was re-classified and placed on Max Security Classification status 60 day review and placed in Segregation for "Attempt manufacture of a weapon". I was afforded no hearing for said charge or re-classification hearing before Classification Committee before being re-classified I was in Seg. for 35 days then moved on a regular Pod still locked down 23-1 on this Classification for 7 more days. (42 more days of illegal isolation of a pre-trial detainee) I've been again re-classified to Max. Sec. Classification on Dec. 3 2015 for "my behavior" on Dec. 1st, I still do not know what "my behavior" was. But this re-classification is an obvious impermissible punishment of a pre-trial detainee" as re-classifications are non-punitive in nature. Documents # 1-3 is in regards to this. Today is 12-28-15 and I am still on this current reclassification and have not had any type of hearing at all and Grievances # 1-4 show that Administrator says "I don't have a right to a hearing before being re-classified." I've asked for the next in the Chain of Command because these things he is doing are illegal and I have Case laws to prove it and he says "He is the top of my food chain" Grievance # 1-5 This entire above mentioned issue is evidence of his "arbitrary and capricious" nature, and disregard for civil Rights. So far this is 25 days on this [Current] illegal isolation of a Pre-trial detainee, and counting. Altogether sofar 85 days of illegal isolation.

There was no rulebook posted until 12-10-15, after I've already been re-classified twice, more Violations of Substantive due Process, and still there are no specific stipulations regarding how to activate this illegal Punitive measure they're taking against inmates. My T.V. Privileges/Rights have been taken away since Nov. 30 2015 (without Procedural or Substantive due Process requirements)

6

He's permanently taken the T.V. from F-Pod and made it a 23-1 isolation Pod without due Process of the Law. Grievances and Documents # 1-6 are in regards to this. ② This re-classification is also included in the discrimination/ Equal Protection Violation because Administrator Glossip and Chief Abernathy Punished every single Black inmate on the Pod for the actions of one white inmate. He moved every single white inmate off of F-Pod ~~except~~ except the one guilty white inmate and 2 white inmates who refused to move because they feared for their safety on other Pods, and locked down the Pod on 23-1 and took away the T.V. Permanently. Reason being, because said Guilty inmate Dustin Johnson had the remote control (which officers are supposed to have) and he refused to give it up. Attached Doc. # 2-1 shows action taken against the whole Pod for this action of one inmate. The next day further actions were going to be taken against entire Pod so we told Dustin to give the remote back, which he did on 12-1-15. Then all white inmates were moved except Dustin and the 2 who feared for their safety and all Black inmates were left over here and locked down 23-1 and re-classified to max security with no hearing at all. All Black inmates were discriminated against. Grievances 2-2 in regards to this. Clothing items are passed out when requested but me and other Black inmates are denied, all white inmates recieve them even though they are not indigent. The whole inmate population is technically indigent because everyone is in debt due to paying $15.00 a day for "expenses incurred" which should include clothing items. Grievances # 2-3. On Dec. 2015 Haircut list me and other Black inmates were taken off the list by the administrator for no reason. No white inmates were taken off. I only recieved a haircut because I became angry with the Pod officer, officer Dean, because this blatant discrimination incites my mental disorders I

(extra page 8)

I have, and and inmate refused to go so I could take his place on the list
to difuse the situation. That doesn't negate the fact the attempt was made
to discriminate against me. Officer Dean was "Chewed out" for allowing me
to go. Grievances #2-4   On First re-classification in Sep 2015 I was allowed
to change my hour out to a time when I can reach my family on the Phone.
Now he's denying me because he's discriminating against me in any way he
can and is more proof of his arbitrary nature. Documents #2-5 above
mention are violations of Equal Protection/Discrimination. ③ All these things
are adding to my mental and emotional distress/injury and still there is no mental
Health Services available. Administrator lied to D.O.C. County Jail Standards when
I complained to them Saying the "Medical Doctor provides for the mental
Health needs of Detainees" Doc. # 3-1  when said Medical Doctor
is not paid to handle mental Health Services here and only Prescribes meds and
does not provide the services I need for my mental situation. He is named as
a defendant not because he's done anything wrong, but to be a witness as to
what he told me. "He's not paid to do mental health here and does what
he does as a favor to inmates because he is a licensed Psychiatrist" Prescribes
meds. Thats all. Administrator keeps lying saying "he will get on-site mental
Health" but won't get them. He said in Aug on a Grievance services
would be here then. I wrote a Grievance in Nov again and he says
"we are not required to provide these services" Obviously with no intentions
of getting them. Grievances #3-2. Then he becomes disrespectful
and unprofessional (as in most answers on his grievances) when I request
them again this month because this illegal lockdown/re-classification and
unrestrained tyrannical abuse I'm suffering from is causing me mental problems
that need to be addressed. I wake up every single morning with migraine headaches

7

I can't sleep, I have intrusive thoughts, I can't consentrate to write my family, or talk to them because he won't let me out at a decent time to reach them. I'm very angry and upset at this injustice being perpetuated against me and am tryin my absolute hardest to go about this the right way. I'm diagnosed with mental disorders that require counseling/therapy ~~and~~ ~~then~~ Documents #3-3. I'm very angry and get into fights and other things to where I've ~~been~~ had 6 additional charges since I've been here. ~~⊘~~ It's like he is intentionally being indifferent and disrespetful and discriminatory trying to incite these issues to get me in more trouble, while I'm seeking the help I've been told I need by Professionals to counteract these issues. He also refuses to give a copy of my medical records here ~~Grievance~~ #3-4

I ask the court also can I Please be moved to another county, Warren County being the closest, to be away from this Discrimination/unrestrained tyrannical abuse/blatant disregard for constitutional rights. where I can focus peacefully on my criminal situations. I'm forced to use the measer Law library time I'm afforded to research these violations being perpetuated against me and cannot research my criminal cases. I've never filed Lawsuits before (and don't want to) but this situation here is out of hand. I've also requested "Extraordinary relief" for this to be considered/granted in light of this "Wrongful conduct" and I do fear retalitory actions will be taken against me once this issue/lawsuit is addressed. Thank you.

# RELIEF REQUESTED

## (State what relief you want from the court.)

(1) Fifth Amendment/Fourteenth amendment violations of substantive and procedural Due Process - Immediate Injunction and Declaratory relief from illegal isolation/segregation/Lock-up and privileges reinstated (T.V.). Nominal Damages and Punitive Damages for violations of fifth and fourteenth $250,000.00 Discretionary/Substantive Damages for every day spent in illegal Isolation/Seg./Lock-up $500.00 a day

(2) Direct/Racial discrimination. Equal protection Fourteenth Amend Violation. Nominal and Punitive damages $250,000.00 and Constitutional Tort $250,000.00 (3) Equal Protection/Deliberate Indifference. Mental and emotional distress/injury. Nominal and Punitive Damages $500,000.00 Compensatory $250,000.00 Intentional/Constitutional Tort $250,000.00. Actual/Compensatory damages $400.00 for these circumstances to pay for filing fee and ~~an~~ Injunction. Extraordinary relief to immediately be moved to another County (Warren County being Closest) to be away from this Tyranny and Possible retaliation. And any other relief as may seem Plaintiff is entitled. (extraordinary writ).

JURY DEMAND          Yes [✓]          No [ ]

Signed this ___28th___ day of ___December___, 20__15__.

_Chris Croom_

( Signature of Plaintiff)

| Name of Plaintiff: Christopher Croom | Inmate Identification Number: 31348 |
|---|---|
| Address: 152 S. Kellogg. Galesburg, IL. 61401 | Telephone Number: |

8