**E-FILED**
Tuesday, 05 January, 2016  11:28:59 AM
Clerk, U.S. District Court, ILCD

## Knox County Jail
### Grievance Form

Deputy's
Name and ID# _Winn #864_          Date Received _12-16-15_

#### To: Jail Administrator

Name: _Christopher Croom_

Date: ~~3-16-15~~ _12-16-15_

Pod and Cell Number: _F-213_

Nature of Grievance: _Violation Due Process_

Summary: _Any time a Pre-trial detainee is isolated for more than 24 hours, we are supposed to have a hearing along with other Rights. None of this was done on any lock down I've ever been on. Over 72 hours ever, which is 5 lockdowns for 72 hours. Can't say grievance filed too late as still there is no rules or procedures posted as to the expiration of time inmates have to file grievance._

_THIS IS NOT TRUE. PLEASE PROVIDE ANY INSTANCE IN WHICH YOU HAVE BEEN ISOLATED FOR MORE THAN 72 HOURS._

_12/17/15_

I-1

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____     Date Received_____

### To: Jail Administrator

Name: ~~to Jails~~ Chris Croom

Date: 12-17-15

Pod and Cell Number: F-213

Nature of Grievance: Violation Due Process

Summary: You misunderstood grievance I put in about this issue. You thought I said That I was locked down over 72 hours, I wasn't saying that, I was saying over 24 hour. So. Anytime a Pre-trial detainee is isolated for more than 24 hours, we are supposed to have a hearing along with other rights. None of this was done when I was placed on 6 different 72 hour lockdowns, which are 24 hours a day without the opportunity to shower. I'm being subjected to illegal procedure.

You HAVE NEVER ~~been denied~~ BEEN DENIED THE OPPORTUNITY TO SHOWER THREE TIMES PER WEEK. NO VIOLATIONS.

12/18/15

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _Wm#864_            Date Received _12-16-15_

### To: Jail Administrator

Name: _Christopher Croom_

Date: _12-16-15_

Pod and Cell Number: _F-213_

Nature of Grievance: _Proof of violation due process_

Summary: I need a copy of every lockdown where I was placed on a 72 hour, 24 hour a day lockdown without a hearing. These are in regards to (4) fights (1) Attempted manufacture of a weapon and throwing water kicking door and threatening Sgt. Messmore. All since the beginning of Feb when I arrived here.

DENIED. YOU HAVE ALREADY RECEIVED LOCKDOWN NOTICES FOR ANY TIME THEY WERE IMPOSED. WE WILL NOT CONTINUE TO PROVIDE ADDITIONAL COPIES.

12/17/15

*[handwritten top left: 12-2-15 @ 0400 am]*

*[handwritten: F 2/7]*

*[handwritten: 1—2]*

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____     Date Received_____

### To: Jail Administrator

Name: Chris Croom

Date: 12-2-15

Pod and Cell Number: F-213

Nature of Grievance: Unprofessionalism by Staff / lying / Deliberate Indifference by officer Winn

Summary:   I was given a lockdown slip for threatening SGT. messmore when that allegation is totally untrue. I have not even seen SGT messmore at all today and would have no reason to threaten him at all. I don't do the threats anyway. Officer Winn is upset and allows this to make him perform his duties in an unprofessional manner. And I didn't kick my door. my lock down needs to be adjusted to 24 hours. I have already served a 48 hour lockdown, today and yesterday, for something I had nothing to do with.

DENIED. LOCKDOWNS CANNOT BE GRIEVED.

*[signature] 12/2/15*



# *LOCKDOWN NOTICE*

INMATE NAME: **Christopher Croom**

DEPUTY: **Winn #864**

LOCKDOWN DATE: **12/01/2015 @ 17:00 hours**

RELEASE DATE:  **12/04/2015 @ 17:00 hours**


REASON: Kicking cell door, throwing water, Threatening Sgt. Messmore

---

## ATTENTION STAFF

**This form is for informational use ONLY and is not intended to replace the 'Unusual Occurrence Report'.**



1-3

# KNOX COUNTY SHERIFF'S DEPARTMENT

**David L. Clague**
Sheriff

KNOX COUNTY SHERIFFS DEPT
152 S. KELLOGG ST.
GALESBURG, IL 61401
Phone: (309) 345-3733
Fax:   (309) 345-3724

12/3/15

To: Inmate Croom
From: Chief Abernathy

For your behavior on 12/01/15, you are being placed on Maximum Security Classification status. Any further incidents in the future will result in additional time in this classification.

This classification status will begin on 12/3/15 at 5:00pm. This classification will be reviewed within 60 days By Jail Administrator Glossip and Chief Abernathy.

You will receive one hour out a day from your cell. You will receive your hour out from 10:00am until 11:00am. Our Deputies will be instructed that this time is the only time you will be out and if you don't take advantage of this time, you will forfeit your time out for that day. Ultimately, the control room will be in charge of your hour out.

You will be allowed to go to the law library when time allows.

When you are moved outside the unit for any reason, you will be handcuffed behind your back Failure to do so will result in your not being moved at all.

When you get cleaning supplies, they will be placed and locked in your cell. You will have them for 25 minutes.

Any further behavioral problems will result in additional loss of privileges.

Chief Abernathy

1-3



# KNOX COUNTY SHERIFF'S DEPARTMENT

David L. Clague
Sheriff

KNOX COUNTY SHERIFFS DEPT
152 S. KELLOGG ST.
GALESBURG, IL 61401
Phone: (309) 345-3733
Fax:    (309) 345-3724

9/23/15
To: Inmate Chris Croom
From: Chief Abernathy
Re: Maximum Security Classification (Possession/ Manufacture of a weapon)

For violating jail rule of possession/ manufacture of a weapon you are being placed in Maximum Security Classification status. Any further incidents in the future will result in additional time in this classification.

This Classification status will begin on 9/21/15 at 1:30 pm. This will be reviewed in 60 days by Jail Administrator Glossip and Chief Abernathy. Any jail rule violations during this time will be taken into consideration for further extension of this classification. This is scheduled to be reviewed on 11/19/15 at 1:30pm.

You will receive one hour out a day from your cell. You are required one hour out per statue for hygiene purposes. You will receive your time out at 1:30 pm till 2:30 pm. Our Deputies will be instructed that this time is the only time that you will be out and if you don't take advantage of this time, you will forfeit time out for that day. Our control room will be in charge of your hour out not you.

You will be allowed to go to the law library on 1st shift only as time allows.

When you are moved outside the unit you will be handcuffed behind your back.

When you get cleaning supplies they will be placed and locked in your cell, you will have 25 minutes.

*Chief Abernathy*
Chief Abernathy

I-4

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _Winn #864_           Date Received _12-14-15_

### To: Jail Administrator

Name: _Chris Croom_

Date: _12-14-15_

Pod and Cell Number: _F-213_

Nature of Grievance: _Violation due Process / Cruel Unusual Punishment_
_deliberate Indifference / Violation County Jail Standing_

YOU AREN'T ON LOCKDOWN FOR A SPECIFIC INCIDENT. THERE IS NO CAUSE
FOR HEARING. YOU HAVE BEEN RE-CLASSIFIED. WE ARE NOT REQUIRED TO
ALLOW ANYONE OUT FOR MORE THAN 1 HOUR PER DAY, IT'S A PRIVILEGE.

Summary: YOU ARE NOT ELIGIBLE BASED ON YOUR CLASSIFICATION.                    12/15/15

_Under Hearing rules for major Violations (H) Paragraph (3)_
_"the accused Shall be allowed to present evidence or witness in_
_his or her behalf... (4) accused Shall be allowed to pose_
_questions to the hearing Officer or Committee to be asked of_
_(witnesses against the accused. (6) Hearing Officer or committee_
_Shall render decision in writing setting forth the findings and_
_Conclusion and any penalty imposed..." none of this_
_was done. I was told not told of any rule I Violated_
_and there are were no rules to Violate as there_
_was no rulebook at the time. Nowhere does it say_
_60 day review isa 23-1 lockdown. I haven't been told why_
_I'm on Lockdown with No T.V. more of your deliberate_
_Indifference directed at me. Officer Winn lost this Grievance_
_of mine so I'm re submitting it. Been on lockdown since Dec. 1st_
_2015 for shit I didn't do 2nd time you put me on illegal 23-1 lockdown_
_Status until you decide to let me off, ⬚⬚⬚⬚ A undetermined_
_Possible indefinite Sentence / Punishment._

1-4

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _Sgt. Dunn_          Date Received _12-10-15_

### To: Jail Administrator

Name: _Chris Croom_

Date: _12-10-15_

Pod and Cell Number: _F-217_

Nature of Grievance: _Violation Due Process Rights_

Summary: Due Process rights were Violated, and continue to be Violated when I was Placed on 60 day Classification review 23-1 hour out lockdown status on Sep. 21st, without having any type of pre-hearing or hearing and was not afforded the opportunity to present evidence on my behalf or witnesses. Could not pose questions and never recieved a decision. I was let off when you felt like letting me off after 35 days in seg, and 7 more days docked down on a Pod. You can't say this wasn't filed in a timely manner because we don't and haven't had a rulebook to say when a timely manner is.

YOU DON'T HAVE THE RIGHT TO A HEARING BEFORE BEING RE-CLASSIFIED.

_[signature]_  12/11/15

1-5

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _Williamson #882_   Date Received _12-9-15_

### To: Jail Administrator

Name: _Christopher Croom_

Date: _12-8-15_

Pod and Cell Number: _F-213_

Nature of Grievance: _Failure to follow proper Chain of Command Procedures._

Summary: _I wish to have the info on who to send Grievances to that are in regards to you, Mr. Glossip. Since you answer all grievances Pertaining to you._

_NO ONE. I AM THE TOP OF YOUR FOOD CHAIN HERE._

_12/11/15_

L 1-6

# Knox County Jail
## Grievance Form

**Deputy's Name and ID#** HAWKINS 894   **Date Received** 10-26-15

### To: Jail Administrator

**Name:** Chris Croom

**Date:** 10-26-15

**Pod and Cell Number:** E-211

**Nature of Grievance:** Right to be informed of rules, procedures and schedules concerning That which directly affects me within the Facility

**Summary:** I need a Knox County Jail Rule Handbook. There are none passed out and there is none available in Law Library.

We are currently are in the process of put the handbook on the commissary machine very soon.

Chief Dismoot 11-10-15

Law

1-6

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# __HAWKINS 891__      Date Received __11-06-15__

### To: Jail Administrator

Name: __Christopher Croom__

Date: __11-6-15__

Pod and Cell Number: __F-2/3__

Nature of Grievance: __Right to be informed of Rules, procedures, Schedules Concerning That which directly affects me within the facility__

Summary: __I Sent a Grievance on 10-26-15 asking for the rules and stipulations in regards to the "Max Security Classification 60.day review" Knox County has initiated against its inmates.__

I believe I have answered this before When this is done you will be able to see it, its not finished.

_[signature]_ 11-18-15

1-6

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# <u>HAWKINS 894</u>          Date Received <u>110615</u>

### To: Jail Administrator

Name: <u>Christopher Croom</u>

Date: <u>11-6-15</u>

Pod and Cell Number: <u>F-213</u>

Nature of Grievance: <u>Right to be informed of rules, procedures and schedules</u> Concerning that which directly affects me within the Facility

Summary: On 10-26-15 I filed a Grievance asking for a Knox County Jail Rule handbook. Knox county does not Pass these out so how are we supposed to Know the rules?

WE HAVE NOT GIVEN YOU AN OLD ONE BECAUSE WE ARE IN THE PROCESS OF RELEASING A NEW ONE.

11/8/15

I-6

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# __HAWKINS 894__     Date Received __11-16-15__

### To: Jail Administrator

Name: __Chris Croom__

Date: __11-16-15__

Pod and Cell Number: __F-213__

Nature of Grievance: __Right to be informed of rules, procedures and schedules concerning that which directly affects me within Facility__

Summary: __On 10-26-15 and 11-6-15 Grievances were sent requesting stipulations and requirements concerning this "Max security Classification, 60 day review" that Administrator has initiated against knox County Jail inmates, and have still not recieved any response.__

__YOU ARE CORRECT. WE'RE GETTING TO IT.__

11/17/15

1-6
and
2-2

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _Winn #864_     Date Received _12-14-15_

### To: Jail Administrator

Name: _Christopher Croom_

Date: _12-14-15_

Pod and Cell Number: _F-2/3_

Nature of Grievance: _Due Process Violation / discrimination_

Summary: _Why am I on Administrative
seg./ lockdown unit? Haven't had a hearing or
reason why I'm over here?_

_YOU AREN'T ON ADMINISTRATIVE LOCKDOWN,
NOR ARE YOU SEGREGATED._

_12/15/15_

1-6
and

2-2

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# Matthew #691          Date Received 12-15-15 3rd

### To: Jail Administrator

Name: Christopher Croom

Date: 12-15-15

Pod and Cell Number: F-213

Nature of Grievance: Segregation Pod

Summary: The entire F-pod is a lockdown 23-1 pod with no T.V. Is this not a segregation pod? If not then what is it? The rest of the jail is not 23-1 lockdown

No, it's not. You are in a pod with other people, that means you are not segregated from everyone.

12/16/15

1-6
and
2-2

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____      Date Received_____

### To: Jail Administrator

Name: _Chris Croom_____

Date: _12-17-15_____

Pod and Cell Number: _F-213_____

Nature of Grievance: _lock-down  23-1  pod. / priveleges_ (more restrictive housing) _taken_
_away more than 24 hours_

Summary: The entire F-pod is locked down
23-1 with no T.v. priveleges. You say its not
a segregation pod so what exactly is it? The
other pods are not locked down and have their
T.v.  I'm a pretrial detainee its illegal to take my
priveleges away and have me in more restrictive housing without
a reason or hearing for placing me here.

ALREADY ANSWERED.

_[signature]_  12/18/15

1-6

and

2-1

# *LOCKDOWN NOTICE*

**INMATE NAME:  C. Croom**

**DEPUTY:  2nd shift**

**LOCKDOWN DATE: 11/29/15  @ 2200H**

**RELEASE DATE:  11/30/15  @  2200H**

  **& no TV for 3 days**


**REASON:** Failure to produce the remote

---

## ATTENTION STAFF

## <u>This form is for informational use ONLY and is not intended to replace the 'Unusual Occurrence Report'.</u>

2-2

F213

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _____          Date Received _____

To: Jail Administrator

Name: _Christopher Croom_

Date: _12-3-15_

Pod and Cell Number: _F213_

Nature of Grievance: _Due Process rights being Violated / Racism_

Summary: _Been on Lockdown Since 11-30-15
for no reason, without any written reason why
being placed on administrative lockdown and
determined to come out at 5:00 PM tomorrow
by administration for a hour a day. No hearing
or committee meeting was held. Officer said its
because I "probably had something to do with the
missing remote" when the remote was returned by
a white inmate on the bottom teir, and every
black inmate on the PoD, upstairs and downstairs
is being punished._

_ALREADY ADDRESSED._

12/7/15

dof 12-2-15 @ 0100 Law

2-2

F-213

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____      Date Received_____

### To: Jail Administrator

Name: _Chris Croom_

Date: _12-2-15_

Pod and Cell Number: _F-213_

Nature of Grievance: _Cruel and unusual punishment / racist discrimination_

Summary: I'm being discriminated against for being black with every
other Black inmate on F-Pod, on Lock down on this unit
for "allegedly having something to do with the missing remote" when
I'm upstairs and remote was returned by a white inmate
on downstairs level. The only white inmate not given the
opportunity to move. This really needs to stop. Every black
inmate on upstairs and downstairs is suffering consequences
for something we had no parts of. 5 people can't have one
remote. I've made a copy of this before I turned it
in. I know you don't like to answer grievances when you
know you're wrong, but I have proof it was submitted.

I DON'T DISCRIMINATE.

_[signature]_ 12/2/15



# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____     Date Received_____

### To: Jail Administrator

Name: Chris Croom

Date: 11-10-15

Pod and Cell Number: F 213

Nature of Grievance: Deliberate indifference.

Summary: I've been asking for a 2X thermo top for over a month and never recieved any response to my request slips I've sent. I've sent 5 already. People have sent requests after me and recieved clothing items. I need a 2X thermo top.

1) WE ARE NOT REQUIRED TO PROVIDE WRITTEN RESPONSES TO GENERAL REQUEST FORMS.
2) SINCE YOU FEEL THE NEED TO ATTEMPT TO FLOOD MY OFFICE WITH PAPERWORK, IT MAY DELAY MY REVIEW OF YOUR REQUESTS.
3) THIS REQUEST IS DENIED, YOU ARE NOT INDIGENT. THERMALS ARE AVAILABLE FOR PURCHASE ON COMMISSARY.

11/10/15

2-3

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _____  Date Received _11/11/15_

### To: Jail Administrator

Name: _Chris Croom_

Date: _11-10-15_

Pod and Cell Number: _F213_

Nature of Grievance: _Deliberate Indifference, suspect Racism_

Summary: _I'm being denied a thermo when all the white people that put in for them recieve them. According to my account balance, I'm over $900 in debt. Seems pretty indigent to me._

_ACCORDING TO YOUR ACCOUNT, YOU'VE HAD $234.00 DEPOSITED ON YOUR BOOKS IN THE LAST MONTH. YOU HAVE CHOSEN TO USE THAT MONEY FOR CHEETOS AND JOLLY RANCHERS, WHICH YOU ARE FREE TO DO, BUT YOU COULD HAVE PURCHASED THERMALS INSTEAD. FOR FUTURE REFERENCE, PLAYING A RACE CARD DOES NOT WORK WITH ME. THIS SITUATION HAS ABSOLUTELY NOTHING TO DO WITH ANY KIND OF DISCRIMINATION. TO SUGGEST OTHERWISE IS BASELESS AND RIDICULOUS._

_11/11/15_

2-4

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#   _M Hayner_   #618   Date Received   _12-16-15_

### To: Jail Administrator

Name: _Christopher Croom_

Date: _12-16-15_

Pod and Cell Number: _F-213_

Nature of Grievance: _Discrimination_

Summary: _Why were only Black inmates Taken off the haircut list for Dec, including me? More of your racial discrimination I feel Your direct tormads me, and other inmates_

_YOU GOT A HAIRCUT IN DECEMBER. THIS GRIEVANCE IS BASED ON INTENTIONALLY INACCURATE INFORMATION._

_12/17/15_

2-4

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____     Date Received_____

### To: Jail Administrator

Name: _Chris Croom_____

Date: _12-17-15_____

Pod and Cell Number: _F-213_____

Nature of Grievance: _Discrimination_____

Summary: _Only Black People were taken off the_
_December haircut list, including me. the only reason_
_I did recieve a haircut was because I wasn't_
_going to peacefully allow you to discrimate against me when_
_I was previously on the list, you told officer McGruder_
_you took me off the list, along with other Black inmates,_
_But my Pod C/o allowed me to go, after another_
_inmate refused to go, only to difuse the situation._
_So nothing is on intentionally inaccurate information_
_you deliberately tried to stop me from recieving a_
_hair cut, because of your Bias against me._

NO RESPONSE NEEDED — PERSONAL ATTACK.

_[signature]_ 12/18/15

2-5

# KNOX COUNTY JAIL

### GENERAL REQUEST FORM
### (For non – Medical use only)

Receiving Deputy's Name/ ID#_____Date Received_____

Date of Request: 10-5-15     Name of Requestor: Chris Craven

Pod:_____ Cell: 509         Requestor's Signature: _____

Write clearly and make sure to include the reason for this request. When requesting individuals you wish to visit you, write clearly and make sure to include full names and ages (if minors).

**This is not a medical request form. For medical request, please use the Medical request form.**

Can I start having my hour out at night time like before. My family and individuals I need to speak to are at work during the hours of 1:30 to 2:30. Thank you.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

DO NOT WRITE BELOW THIS LINE. For office use only.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

RESPONSE:     Approved          Denied

ADDED
COMMENTS: I will change it to 8pm-9pm.

_____ 10-6-15