2-5

# KNOX COUNTY JAIL

GENERAL REQUEST FORM
(For non – Medical use only)

Receiving Deputy's Name/ ID#_____ Date Received_____

Date of Request: 12-10-15    Name of Requestor: Chris Croom

Pod: F  Cell: 2-13    Requestor's Signature: Chris Croom

Write clearly and make sure to include the reason for this request. When requesting individuals you wish to visit you, write clearly and make sure to include full names and ages (if minors).

**This is not a medical request form. For medical request, please use the Medical request form.**

Can I have my hour out from 8:00 pm – 9:00 pm because my family be at work in the morning.

---

DO NOT WRITE BELOW THIS LINE. For office use only.

---

RESPONSE:     Approved         (Denied)

ADDED
COMMENTS: __INMATES MAY NOT CHOOSE THEIR OWN REC TIME.__

12/11/15

# Knox County Jail
## Grievance Form

Deputy's Name and ID# __Carter__    Date Received __11-11-15__

To: Jail Administrator

Name: __Chris Groom__

Date: __11-11-15__

Pod and Cell Number: __F 213__

Nature of Grievance: __Discrimination__

Summary: Why does Knox County Jail only charge Black inmates for alleged crimes?

THE KNOX COUNTY JAIL RARELY CHARGES CRIMES, BUT WHEN WE DO, IT'S BASED ON THE MERITS OF THE CASE. ULTIMATELY, THE STATE'S ATTORNEY'S OFFICE FILES CRIMINAL CHARGES IN EVERY CASE NOT THE LAW ENFORCEMENT AGENCY.

11/11/15

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

December 7, 2015

Detainee Christopher Croom
Knox County Jail
152 South Kellogg Street
Galesburg, Illinois  61401

Dear Mr. Croom:

This office received a letter from you on November 19, 2015. On December 2, 2015 Criminal Justice Specialist Michael Leathers from this office went to the Knox County Jail to meet and discuss the complaints contained in your correspondence with jail administration.

Regarding your complaint that the Knox County Jail has not repaired its broken library printer, Specialist Leathers spoke with Jail Administrator Glossip to determine that the computer containing the current Illinois Compiled Statutes is operational and that detainees have the ability to bring paper and a writing utensil into the library. The jail is not required by the *Illinois County Jail Standards* to provide copies of materials to detainees. No violation of *the Standards* is noted.

Regarding your complaint that the jail has not provided you with a thermal top, the *Illinois County Jail Standards* do not mandate the issuance of specific clothing items. Jail policy allows detainees to purchase additional clothing items not issued by the jail from the commissary. It is the jail's policy to provide certain clothing items in addition to hygiene items to detainees without funds. No violation of *the Standards* is noted.

Regarding your complaint that the jail does not provide games for detainees to play, the *Illinois County Jail Standards* require the jail to provide a sufficient area to allow strenuous physical exercise. No violation of *the Standards* is noted.

Regarding your complaint that the jail offers no mental health counselors, the jail is currently in the process of coordinating access to mental health professionals on-site at the jail. Currently and until these services are coordinated, the jail continues to provide a medical doctor to provide for the medical and mental health needs of the detainees. No violation of *the Standards* is noted.

Additional complaints noted in your correspondence are required to have a copy of the local response attached to the complaint. Please utilize the jail's grievance process to address your additional complaints before submitting complaints to the Jail & Detention Standards Unit.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

3-1 Continued

Sincerely,

*[signature]*

Mike Funk
Manager
Jail and Detention Standards Unit

cc:   Sheriff David Clague

3-2

# Knox County Jail
## Grievance Form

Deputy's Name and ID# __Partin__    Date Received __11-11-15__

To: Jail Administrator

Name: __Chris Croom__

Date: __11-11-15__

Pod and Cell Number: __F-213__

Nature of Grievance: __Mental Health Counselors__

Summary: I was told 2 months ago that mental health services should be being provided to inmates in 2-3 weeks. They are still not available.

WE ARE STILL WORKING ON IT. WE ARE NOT REQUIRED TO HAVE THIS SERVICE IN-HOUSE.

_[signature]_ 11/11/15

3-2

# Knox County Jail
## Grievance Form

Deputy's Name and ID#_____    Date Received_____

To: Jail Administrator

Name: Chris Croom

Date: 7-23-15

Pod and Cell Number: F-113

Nature of Grievance: No mental health Counselors available.

You have to go thru Medical staff for this and if it's determined you need it you will get it.

Chief Skurnoff 7-24-15

Summary: Why is there no mental health services at Knox County Jail. I've been diagnosed by a psychologist as having PTSD and APD and it was concluded that I would benifit from psychotherapy and "treatment." I was told by Dr. Williams that that's "not done here." I could not speak to him privately because the nurse, who is not a psychologist is always with him, so no treatment can be done under these circumstances. There is no one to talk to when I am feeling aggrivated or stressed, or depressed. There is supposed to be a mental health team to address these issues, which there is not.

3-2

# Knox County Jail
## Grievance Form

Deputy's Name and ID# M. Haynes #618   Date Received 12-16-15

To: Jail Administrator

Name: Chris @. Croom

Date: 12-16-15

Pod and Cell Number: F-213

Nature of Grievance: Still no mental Health

IF YOU ARE REFUSING THE SERVICES THAT WE ARE OFFERING, THEN THERE IS NOTHING MORE TO DISCUSS.  [signature] 12/17/15

Summary: I need to speak to mental health about the emotional and mental injury I'm suffering that this being locked down for 23.1 with no T.V. to watch news and keep up with the world, or call my family when they are not at work my hour out is 10:00 Am - 11:00 Am, and (I asked for my hour to be adjusted to later and you denied me). I can't sleep and my migraine headaches have returned after leaving and are on a daily basis and I have intrusive thoughts also because of this illegal situation I'm being subjected to. This placing me on max. sec. classification without a hearing. You also lied to the Department of Corrections specialists Mr Leathers, when I complained to them about this saying the Dr, Dr. Williams, provides mental Health services when he told me out his own mouth that he is not paid by Knox county Jail to handle mental Health services but prescribes medications as a favor to help inmates, as he is certified. You told me in a Grievance in the begin. of Oct. that these mental health counselors would be available in 2-3 weeks. As of now Its been months and these services are still not available as its obviously not a priority on your list of things to do. I need to see mental health immediately to address my issues as I am diagnosed with mental disorders that require psycho therapy. You can't tell me to Dr. Williams, he's already told me he's not paid to do that, and its not done at all here, and that he prescribes meds as a favor as he's certified, and thats all he doe

Turn over!

<p>
<br>

(5-r continued)

I've spoken to Nurse Amy and she said Dr. Williams may not be back for 2 weeks at least. But theres no reason to speak to him as he's already informed me the services I need are "not done here" and he's not paid for Psycological Services.

# Knox County Jail
## Grievance Form

Deputy's Name and ID# __Batts #866__    Date Received __12/20/15__

To: Jail Administrator

Name: __Chris Groom__

Date: __12-20-15__

Pod and Cell Number: __F-213__

Nature of Grievance: __Need Mental Health, Suffering from mental and emotional injury due to being illegally locked down and discrimination__

Summary: __I need to speak to mental Health, You're denying mental Health treatment. I have diagnosed disorders that require the therapy and This added stress, discrimination, you not allowing me to call my family at a decent time, locked down 23-1 is causing me many mental issues including intrusive thoughts, constant headaches, loss of sleep. Dr. Williams is not paid for psycological services and does not do them and told me so himself so you can stop trying to put it off on him. I'm becoming angry and aggrivated at this injustice thats being done. I need to see someone to address this.__

THESE REQUESTS GO THROUGH OUR NURSE. PLEASE FILL OUT A SICK CALL.    12/23/15

3-3

**Diagnostic Formulation:**

POSTTRAUMATIC STRESS DISORDER (PTSD): Mr. Croom has described PTSD symptoms to me and to Dr. Meyer, and also describes having had a dreadfully traumatic childhood as well as tremendous stress and trauma in the federal prison where he told me that there was never any respite whatsoever from the danger, to the extent that even taking a nap was very dangerous unless a friend stood guard outside your cell. He told me about having had a lot of nightmares as a teenager but a lot fewer as an adult and also described trying hard to avoid thinking about all of the trauma he has experienced. He talked about starting to become sad since he was 15 and lost his father and brother.

Mr. Croom told Dr. Me

experienced … …d in prison, especially in the federal prison.

Dr. Meyer concluded that Mr. Croom had symptoms of posttraumatic stress disorder (PTSD), with the near-death experience in prison, hypervigilance and intrusive thoughts associated with violence. Meyer said that Croom had difficulty regulating his moods and controlling his anger, and there appeared to be some excessive masculine behavior, perhaps in an attempt to cover up an inner sense of fear and weakness, needing to be hypervigilant and reacting with anger if he felt disrespected. Dr. Meyer concluded that Mr. Croom would benefit from psychotherapy (i.e., counseling), to address past trauma and his current difficulties in regulating his mood. I completely agree with Dr. Meyer that Mr. Croom has PTSD secondary to all the trauma he has experienced in his life, especially the violence he witnessed frequently starting in his early childhood.

PROBABLE DEPRESSIVE DISORDER, NOT OTHERWISE SPECIFIED: Mr. Croom described being sad a lot of the time since he was 15 years old and lost his father and brother; he described current depressive symptoms including sad mood much of the time, limited energy, poor concentration, and poor motivation to the extent that he does not even feel motivated to write letters to anyone at this point (which is not normal for him). He showed difficulty concentrating during my examination. Mr. Croom told me that his mood is "aggravated a lot," adding that he is very angry about his current situation, and told me that he currently feels sad a lot of the time. He told me that his energy recently has not been very good, and is having difficulty concentrating, such as having difficulty focusing to write letters. He told me his motivation has not been good recently, which is not normal for him. He appears to have a depressive disorder.

PERSONALITY: I did not attempt to interview Mr. Croom in the kind of depth necessary to adequately assess his personality, but there is very good reason to suspect a personality disorder with significant antisocial features in light of his very extensive criminal history. Dr. Meyer's testing suggested a tendency to manipulate others to get his own needs met; overestimation of his own abilities; lack of trust of others; and being cold and withdrawn. Dr. Meyer concluded that Mr. Croom likely presented as self-confident and masculine, emphasizing his machismo and bravado, but was likely unreliable, impulsive and moody with difficulty accepting responsibility for his personal failures. Dr. Meyer suggested that Mr. Croom may have a pattern of devaluing or deprecating others, especially those over whom he wished to gain an illusion of

power. Dr. Meyer also concluded that Mr. Croom had personality characteristics suggesting a mixture of borderline and antisocial traits, apparently with the antisocial traits predominating. I would agree with Dr. Meyer's assessment of Mr. Croom's personality, but I would emphasize that it is not unusual to see those personality characteristics among boys who grow up witnessing and experiencing as much violence as Mr. Croom witnessed and experienced. Many boys react to that type of environment by becoming emotionally hardened to the violence and to have difficulty showing any emotions except anger.

**DIAGNOSES:**

| | |
|---|---|
| AXIS I | posttraumatic stress disorder (PTSD) |
| | depressive disorder, not otherwise specified |
| AXIS II | probable personality disorder with antisocial features |
| AXIS III | history of severe head trauma in 2012 |

**DISCUSSION:** While I do not see any significant

2) It is my opinion, within a reasonable degree of psychiatric certainty, that Mr. Croom has PTSD as a result of the extensive violence he witnessed and experienced starting early in his childhood, which includes a constant need to protect oneself at all cost in order to avoid being killed by violent persons nearby. I believe that this should be taken into consideration in his case and may provide some psychiatric mitigation. Please see the Diagnostic Formulation and Discussion sections above for more details.

3) There is no information contained in this report which would be harmful to the defendant if made known to him.

Respectfully submitted:

*[signature]*

Terry M. Killian MD
1020 South Fifth Street, Springfield, IL   62703
Clinical Associate Professor of Psychiatry, Southern Illinois University School of Medicine
TMK (dictated on Dragon Naturally Speaking)
cc: file

Christopher LeJon Croom – Forensic psychiatric exam – 08/28/2015 – Page 11

be the desired outcome, his use of substances will cause heightened irritability and aggressive tendencies.

Mr. Croom likely presents as self-confident and masculine, as he likely tends to emphasize his machismo and bravado to new friends and acquaintance. In this way, he may make favorable first impressions with others and be seen as outgoing and engaging. However, those close to him are more likely to experience Mr. Croom as unreliable, impulsive, and moody. He may struggle to accept responsibility for his personal failures and likely tends to rationalize interpersonal problems through externalizing blame. He is vulnerable to outbursts of anger and likely shows a pattern of devaluing or deprecating others, especially those over whom he wishes to gain an illusion of power.

**Diagnostic Impressions:**
309.81 Posttraumatic Stress Disorder
301.7  Antisocial Personality Disorder

Mr. Croom displays symptoms that are associated with posttraumatic stress disorder. He has had a near death experience while in prison. He demonstrates hyper vigilance and intrusive thoughts associated with violence. In addition his character logical make up suggests a mixture of borderline and antisocial traits. He has difficulty in regulating his moods and controlling his anger. There appears to be some masculine protest sense or feeling that he has to be vigilant and react quickly if disrespected, which may be an attempt to cover up an inner sense of fear and weakness. Mr. Croom explained that in prison "that's just how it is" stating, "As soon as you get there you are tested. Someone is going to take your food, going to kick your ass and they are going to push you around. If you do not confront them immediately they will keep taking, taking, taking, there is no end."

**Summary & Conclusions:**
Mr. Croom is a 29-year-old male who was referred to Robert L. Meyer, Ph.D., for the purposes of undergoing a psychological evaluation. Mr. Croom is currently incarcerated for stabbing and killing another man. He disclosed prior affiliation with the Gangster Disciples and served time for possession of crack cocaine with intent to distribute and another stabbing incident. Mr. Croom expresses guilt regarding his past history and noted that he received a certificate in welding and would like to begin working.

He expresses guilt regarding previous actions and a desire to make the necessary changes in himself to begin living a more productive life in society. With this in mind, it is the opinion of the examiner that Mr. Croom would likely benefit from psychotherapy to address his past trauma and current difficulties in regulating his emotions.

*Robert Meyer*

Robert L. Meyer, Ph.D.
Licensed Clinical Psychologist
IL Reg. #071-003074

3-4

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# McKenney #803          Date Received 12-20-2015

To: Jail Administrator

Name: Christopher Croom

Date: 12-20-15

Pod and Cell Number: F-213

Nature of Grievance: Copy of medical Records

Summary: months ago in the end of sep. 2015 I requested a copy of my medical records and you never responded. I need a copy of my medical records.

YOU OR YOUR ATTORNEY MAY OBTAIN THOSE BY SUBPOENA.

12/23/15

# Knox County Jail
## Grievance Form

Deputy's Name and ID# __Mathews #691__   Date Received __12-23-15__  3rd

To: Jail Administrator

Name: __Chris Croom__

Date: __12-23-15__

Pod and Cell Number: __F-213__

Nature of Grievance: __Daily Debt. Balance__

Summary: __My Daily Debt balance can be ran and Printed, it will look like this.__

~~[scribbled out text]~~

I WILL PROVIDE ONE SCREENSHOT, BUT IT WON'T HAVE SIX MONTHS WORTH. THERE IS NO REPORT THAT PRINTS THIS, AND I WILL NOT PRINT EVERY TRANSACTION SINCE JUNE.   12/24/15