FILED
APR 04 2016
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

E-FILED
Monday, 04 April, 2016 03:23:10 PM
Clerk, U.S. District Court, ILCD

3-31-16

I wish to add additional information in regards to the same illegal conduct being perpetuated by Knox County Jail to Case number 4:16-CV-04007. This suit was written on 12-28-15 at which time I was serving an illegal isolation/lockdown. I was not released from this lockdown until 1-12-16, two days before the merit review hearing for this case. At the time I mailed the lawsuit off, 12-28-15, I had around 85 days of illegal isolation/lockdown served all together. As of 1-12-16 this number would be around 100 days of illegal isolation. I wish to add the additional 15 days to the suit. Also on 2-24-16 I was sentenced to another illegal isolation/lockdown of 72 hours straight without an hour out, without constitutional proceedural safegaurds afforded, (no hearing before an impartial adjustment committee). Attached Grievances and documents # 1-1. On 3-18-16 I was again sentenced to a 72 hour lockdown/isolation for fighting, when I was attacked in my cell, without constitutional proceedural safegaurds afforded. Documents # 1-2. The Grievance was not responded to by administration. Administrator Glossip feels he doesn't have to answer Grievances he doesn't want to answer as doc. 1-3 shows his arbitrary nature. Him not answering all grievances has been an ongoing issue. I always write the same grievance twice and have them both signed by a C/O who turns one in and gives me one back

3)

it is ~~~~ permissible to rely on per day amount."
That is why I believe the court needs to be made aware of the exact number of days I've been subjected to unconstitutional confinement in regards to this suit.
Thank you.

*Chris* [signature]

Christopher Croom 31348
Knox County Jail
152 S. Kellogg
Galesburg, IL. 61401

1-1

# LOCKDOWN NOTICE

**INMATE NAME:** Christopher Croom

**DEPUTY:** McKinney #883

**LOCKDOWN DATE:** 11 FEB 2016 at 2128hrs

**RELEASE DATE:** 14 FEB 2016 at 2128hrs

**REASON:** Disrespecting/ Threatening

---

## ATTENTION STAFF

**This form is for informational use ONLY and is not intended to replace the 'Unusual Occurrence Report'.**

I-1

# Knox County Jail
## Grievance Form

Deputy's Name and ID# Porter KM827   Date Received 02-12-16

To: Jail Administrator

Name: Christopher Croom

Date: 2-12-16

Pod and Cell Number: F-213

Nature of Grievance: Racism / discrimination / violation Constitutional Rights

Summary: I've been illegally isolated, again, without due process requirments of a hearing before an impartial adjustment committee. I was disrespected by Administrator Glossip after I politely informed him an inmate was missing his visit because Administrator racistly popped out every single black inmate 3-4 minutes late on their visits (3 in all) and all white inmates were let out early. I was disrespectfully and unprofessionally told to "mind my business" by the administrator. This happened on 2-11-16. I've been locked down for 72 hours straight with out opportunity to shower being allowed. Rulebook states I have the "right to safe and humane treatment given with respect impartiality and fairness" Administrator does not abide by these principles.

THAT IS CORRECT, I TOLD YOU THAT ANOTHER INMATE'S VISIT(S) IS NOT YOUR CONCERN.

YOU DO NOT HAVE THE RIGHT TO A HEARING BEFORE A LOCKDOWN FOR A MINOR INFRACTION.  [signature] 2/21/16

1-1

# Knox County Jail
## Grievance Form

Deputy's Name and ID# _[signature]_    Date Received 2-24-16

To: Jail Administrator

Name: Christopher Croom

Date: 2-24-16

Pod and Cell Number: F-213

Nature of Grievance: Violation Due Process / Constitutional Rights

Summary: I was illegally isolated on Feb. 14th for disrespecting / threatening. Threatening is listed in your rulebook as a major violation. You said in grievance that I was locked down for a minor violation. For your rulebook to not be in accordance with the punishment you met out is a violation of my Due Process Rights.

IT CAN BE EITHER ONE.

_[signature]_ 2/25/16

I-2

# *LOCKDOWN NOTICE*

**INMATE NAME:** Chris Croom (F-213)

**DEPUTY:** Williamson #882

**LOCKDOWN DATE:** 3/18/2016 @ 2200H

**RELEASE DATE:** 3/21/2016 @ 2200H

**REASON:** Fighting

---

## ATTENTION STAFF

**This form is for informational use ONLY and is not intended to replace the 'Unusual Occurrence Report'.**

1-2

# Knox County Jail
## Grievance Form

Deputy's Name and ID# _____   Date Received 3-14-16

To: Jail Administrator

Name: Christopher Croom

Date: 3-19-16

Pod and Cell Number: F-2-13

Nature of Grievance: Violation of Constitutional Rights / illegal isolation

Summary: I have been illegally isolated for 72 hours, without the opportunity for a shower being given, for "Fighting." This is listed in the Knox county rule book as being a major violation and Constitutional proceedural Safegaurds have not been afforded to me as I have had no hearing before any impartial adjustment Committee before being sentenced to this isolation. I was forced to defend myself after being attacked in my cell.

1-3

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# __HAWKINS 894__   Date Received __01-26-16__

To: Jail Administrator

Name: __Chris Croom__

Date: __1-26-16__

Pod and Cell Number: __F-213__

Nature of Grievance: __Grievances__

Summary: __Why were 5 of my last 6 grievances never answered?__

THEY WERE REPITITIOUS AND HAD ALREADY BEEN ANSWERED.

_[signature]_ 1/27/16

Christopher Crown 31343
KNOX COUNTY LAW ENFORCEMENT CENTER
KNOX COUNTY JAIL
152 S. KELLOGG ST.
1352 S. KELLOGG ST.
GALESBURG, IL 61401
Galesburg, IL 61401

PEORIA, IL 615
01 APR 2016 PM 3 L

RECEIVED
APR 04 2016
U.S. CLERK'S OFFICE
ROCK ISLAND

United States District Court
Office of the Clerk
Fed. Building 211 19th St. Room 40
Rock Island, IL, 61201

61201$0028 C027